IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW G. SEVALLOS,

       Plaintiff,            CV F 05 1177 OWW WMW PC

     vs.                       ORDER RE MOTION (DOC 29)

CDCR DIRECTOR, et al.,

       Defendants.

On May 12, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On May 19, 2008, Plaintiff filed an amended complaint. On June 3, 2008, Plaintiff filed objections to the findings and recommendations. Accordingly, IT IS HEREBY ORDERED that the May 12, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   June 6, 2008**                /s/  William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE

1