IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW G. SEVALLOS,

        Plaintiff,        1: 05 CV 1177 OWW WMW PC

  vs.                      ORDER

WARDEN, et al.,

        Defendants.

      On July 15, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute.  The recommendation was based on Plaintiff's failure to file an amended complaint in compliance with an earlier order dismissing the original complaint with leave to amend.   On August 7, 2008, Plaintiff filed objections to the findings and recommendations.  Plaintiff seeks an extension of time in which to file an amended complaint.

      Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

    2.  Should Plaintiff fail to file an amended complaint, the July 15, 2008, recommendation of dismissal will be submitted to the District Court.

IT IS SO ORDERED.

1  **Dated:    August 12, 2008**                    _____/s/  **William M. Wunderlich**_____
                                                    UNITED STATES MAGISTRATE JUDGE
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26