IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW G. SEVALLOS,

       Plaintiff,          1: 05 CV 1177 OWW WMW PC

  vs.                       ORDER RE FINDINGS AND
                            RECOMMENDATIONS (DOC 15)

CDC DIRECTOR, et al.,

       Defendants.

On July 15, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On September 9, 2008, Plaintiff filed a second amended complaint, on which this action proceeds.

Accordingly, IT IS HEREBY ORDERED that the July 15, 2008, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:**   **February 9, 2009**                /s/ **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE

1